NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**POWER SURVEY, LLC,**
*Appellant*

**v.**

**L-3 COMMUNICATIONS HOLDINGS, INC.,**
*Appellee*

---

2016-1644, 2016-1645, 2016-1646

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2014-00834, IPR2014-00836, IPR2014-00839.

---

## JUDGMENT

---

BYRON LEROY PICKARD, Sterne Kessler Goldstein & Fox, PLLC, Washington, DC, argued for appellant. Also represented by PAULINE PELLETIER, JON WRIGHT, NIRAV DESAI, ADAM LAROCK, CHANDRIKA VIRA.

JOHN P. DONOHUE, Baker & Hostetler LLP, Philadelphia, PA, argued for appellee. Also represented by DANIEL J. GOETTLE, KEVIN MATTHEW BOVARD, CHARLIE C. LYU, LESLEY MCCALL GROSSBERG.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (O'MALLEY, WALLACH, and HUGHES, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| March 7, 2017 | /s/ Peter R. Marksteiner |
|:---:|:---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |